IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL COUNTY, FLORIDA

STEPHANIE SUE HARKINS　　　　　　　CASE NO.:

　　　　Plaintiff,　　　　　　　　　　　DIVISION:

vs.

GEORGE MICHAEL KNIPP, JR. and
VIRGINIA TRANSPORTATION CORP.,

　　　　Defendants.
_____/

## COMPLAINT

Plaintiff, STEPHANIE SUE HARKINS, sues GEORGE MICHAEL KNIPP, JR. and VIRGINIA TRANSPORTATION CORP. and alleges that at all times material:

### JURISDICTION, PARTIES & VENUE

1. This is an action for damages that exceed the sum of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs, interest, and attorneys' fees.

2. The accident giving rise to this Complaint occurred on or about October 25, 2024, in Duval County, Florida.

3. STEPHANIE SUE HARKINS was a resident of Sanderson, Baker County, Florida.

4. Defendant, VIRGINIA TRANSPORTATION CORP., was a for profit foreign corporation formed under the laws of the State of Rhode Island, conducting business in the State of Florida, with a registered agent located in Providence, Rhode Island.

5. Defendant, GEORGE MICHAEL KNIPP, JR., was a resident of Stevensville, Maryland.

6. On or about October 25, 2024, VIRGINIA TRANSPORTATION CORP owned a 2021 Peterbilt Tractor Trailer, bearing RI License Plate 1CF458, with Vin Number: 1NPXLP9X9MD702047.

7. GEORGE MICHAEL KNIPP, JR. operated the tractor trailer described in Paragraph six (6) above with the knowledge and consent of VIRGINIA TRANSPORTATION CORP.

8. Venue is appropriate in Duval County, Florida, as that is where the crash at issue occurred.

## GENERAL ALLEGATIONS

9. The motor vehicle crash at issue occurred on October 25, 2024, on southbound Interstate 295 near Mile Marker 34 in Jacksonville, Duval County, Florida.

10. At that time and place, STEPHANIE SUE HARKINS was driving her vehicle south on I295 in the left travel lane.

11. At that time and place, GEORGE MICHAEL KNIPP, JR., was driving the aforementioned Peterbilt tractor trailer south on I295 in the right travel lane and attempting to merge into the left lane when he caused the left side of the tractor trailer he was operating to strike the right front of the vehicle being operated by STEPHANIE SUE HARKINS.

## COUNT I – NEGLIGENCE OF DEFENDANT GEORGE MICHAEL KNIPP, JR.

Plaintiff STEPHANIE SUE HARKINS incorporates paragraphs 1-11 as if fully set forth herein and further states:

12. GEORGE MICHAEL KNIPP, JR. had a duty to STEPHANIE SUE HARKINS to operate the vehicle he was driving in a safe and prudent manner.

13. GEORGE MICHAEL KNIPP, JR. breached his duty by negligently and improperly changing lanes and striking the vehicle being operated by STEPHANIE SUE HARKINS.

14. As a direct and proximate result of GEORGE MICHAEL KNIPP, JR.'S negligence, STEPHANIE SUE HARKINS suffered bodily injury and resulting pain and suffering, disability, inconvenience, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, lost wages, loss of the capacity to earn money, and the aggravation or activation of a previously existing condition.

15. These losses are permanent and continuing and STEPHANIE SUE HARKINS will suffer these losses in the future.

WHEREFORE, STEPHANIE SUE HARKINS demands judgment for damages and costs against GEORGE MICHAEL KNIPP, JR. and a trial by jury on all issues so triable.

## COUNT II – VICARIOUS LIABILITY OF DEFENDANT VIRGINIA TRANSPORTATION CORP. UNDER THE DANGEROUS INSTRUMENTALITY DOCTRINE

Plaintiff STEPHANIE SUE HARKINS incorporates paragraphs 1-15 herein as if fully set forth herein and further states:

16. At the time of the subject collision on or about October 25, 2024, GEORGE MICHAEL KNIPP, JR. operated the subject motor vehicle in Duval County, Florida, with the express or implied consent of VIRGINIA TRANSPORTATION CORP.

17. GEORGE MICHAEL KNIPP, JR. was acting in the course and scope of his employment with VIRGINIA TRANSPORTATION CORP. at the time of his negligent act which caused the accident described herein.

18. VIRGINIA TRANSPORTATION CORP. is vicariously responsible for the negligent acts or omissions of GEORGE MICHAEL KNIPP, JR. under Florida's dangerous instrumentality doctrine.

19. As a direct and proximate result of GEORGE MICHAEL KNIPP, JR.'S negligence, STEPHANIE SUE HARKINS suffered bodily injury and resulting pain and suffering, disability, inconvenience, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, lost wages, loss of the capacity to earn money, and the aggravation or activation of a previously existing condition.

20. These losses are permanent and continuing and STEPHANIE SUE HARKINS will suffer these losses in the future.

**WHEREFORE**, Plaintiff, STEPHANIE SUE HARKINS, demands judgment for damages and costs against VIRGINIA TRANSPORTATION CORP. and a trial by jury on all issues so triable.

### COUNT III – VICARIOUS LIABILITY OF DEFENDANT VIRGINIA TRANSPORTATION CORP. UNDER THE *RESPONDEAT SUPERIOR* DOCTRINE

Plaintiff STEPHANIE SUE HARKINS incorporates paragraphs 1-15 herein as if fully set forth herein and further states:

21. At the time of the subject collision on or about October 25, 2024, GEORGE MICHAEL KNIPP, JR. operated the subject motor vehicle in Duval County, Florida, with the express or implied consent of VIRGINIA TRANSPORTATION CORP.

22. GEORGE MICHAEL KNIPP, JR. was acting in the course and scope of his employment with VIRGINIA TRANSPORTATION CORP. at the time of his negligent act which caused the accident described herein.

23. VIRGINIA TRANSPORTATION CORP. is vicariously responsible for the negligent acts or omissions of GEORGE MICHAEL KNIPP, JR. under the *respondeat superior* doctrine.

24. As a direct and proximate result of GEORGE MICHAEL KNIPP, JR.'S negligence, STEPHANIE SUE HARKINS suffered bodily injury and resulting pain and suffering, disability, inconvenience, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, lost wages, loss of the capacity to earn money, and the aggravation or activation of a previously existing condition.

25. These losses are permanent and continuing and STEPHANIE SUE HARKINS will suffer these losses in the future.

**WHEREFORE**, Plaintiff, STEPHANIE SUE HARKINS, demands judgment for damages and costs against VIRGINIA TRANSPORTATION CORP. and a trial by jury on all issues so triable.

**FARAH & FARAH, P.A.**

*Jennifer C. Biewend*
Jennifer C. Biewend, Esq.
Florida Bar No.: 877441
10 West Adams Street
Jacksonville, FL 32202
(904) 396-5555
(904) 358-2424  (facsimile)
**Email Designation:**
Primary: jbiewend@farahandfarah.com
Alt: sbaker@farahandfarah.com
*Attorneys for Plaintiff*

5